Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-599**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Bright Floral wallpaper seamless vintage pattern I

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** February 19, 2014
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-605**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Spring pattern of chameleons and tropical leaves and flowers

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 19, 2017
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-603**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Amazing pattern of cars, airplanes air balloons, flowers and butterflies

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 13, 2016
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-795**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

## Title

**Title of Work:** Colorful seamless pattern with cute retro cameras

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 24, 2014
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025


Paparazzi
Paparazzi
Paparazzi
Paparazzi
Paparazzi
Paparazz
Paparazzi
Paparazzi

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-611**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Seamless pattern of happy snowmen

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 25, 2016
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-778**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

## Title

**Title of Work:** Seamless pattern with floral skulls I

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 15, 2014
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
**Pseudonym:** Marusha Belle
**Author Created:** 2-D artwork
**Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-799**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

## Title

**Title of Work:** Awesome floral pattern go bright flowers, plants, branches and graphic elements

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 10, 2015
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-597**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Happy Mother's Day beautiful greeting card

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 24, 2013
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025


HAPPY
MOTHER'S
DAY

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-781**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

## Title

**Title of Work:** Seamless pattern of cute deer and flowers

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 15, 2016
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-602**

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Beautiful floral seamless pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 09, 2015
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-450-632**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
June 30, 2025

## Title

**Title of Work:** Beautiful greeting card Happy mother's day

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** June 16, 2014
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025


Thank you!
MOM

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-608**

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Bright and adorable pattern of sugar skulls, flowers and birds in folk style

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 17, 2016
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-607**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Bright Floral wallpaper seamless vintage pattern

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 09, 2017
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-782**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

## Title

**Title of Work:** Bright illustration of Skull and poppies wreath. Colorful Day of the Dead card

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 29, 2016
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025


HELLO

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-450-637**

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
June 30, 2025

## Title

**Title of Work:** Christmas seamless pattern in bright colors

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 24, 2015
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-609**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Floral Retro Seamless pattern

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 07, 2013
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-612**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Seamless pattern of ornamental boho feathers

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 22, 2016
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-450-629**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
June 30, 2025

## Title

**Title of Work:** Seamless pattern with raven's and peacock's feathers

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 02, 2014
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-610**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Illustration of Skull and Flowers, Day of The Dead

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 23, 2015
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-450-643**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
June 30, 2025

## Title

**Title of Work:** Cool fashionable pattern of hearts and graffiti elements in bright colors

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 05, 2015
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-450-625**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
June 30, 2025

## Title

**Title of Work:** Day of The Dead colorful Skull with floral wreath

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 26, 2014
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-606**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Seamless pattern of flying pigs

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 22, 2015
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-780**

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

## Title

**Title of Work:** Beautiful floral seamless pattern of bird and flowers

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 22, 2016
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-776**
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

## Title

**Title of Work:** Seamless pattern with sweet cakes, coffee and other cute things I love coffee - beige

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 28, 2013
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm


YUMMY
YUMMY
I LOVE
Coffee
I LOVE
Coffee