**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARIA BELYAKOVA,

    Plaintiff,                                                 Case No.: 1:26-cv-00301

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | susiyo |
| 2 | YunnStr0u |
| 3 | ShanG HaI |
| 4 | JinXiangYang |
| 5 | RoJeck |
| 6 | BDFJD |
| 7 | Desmond Tins |
| 8 | Jesmacti Home |
| 9 | Beverly ford |
| 10 | Erica Acsaw |
| 11 | Tracey Gord |
| 12 | jinrushuang |
| 13 | ZHIHUISM |
| 14 | hanleixiangkuajing |
| 15 | ARTDAZZLE |
| 16 | LIULINGZHE |
| 17 | Jackssen |
| 18 | WHBAG |
| 19 | MeArtisticGift |
| 20 | Wusikd |
| 21 | Oyisca |
| 22 | Chen heng feng |
| 23 | Plaaee |

| | |
|---|---|
| 24 | House KLL |
| 25 | LanKen |
| 26 | Lancerry |
| 27 | DIYHOT |
| 28 | RHAIYAN |
| 29 | CCZ Home |
| 30 | RAINFALLARING |
| 31 | QINGDAOHUIYUSHANGMAOYOUXIANGONGSI2 |
| 32 | Yangsa Home Textile |
| 33 | VIKKO |
| 34 | QQMARKET |
| 35 | Foiosoh |
| 36 | AUTOSELL24 |
| 37 | Armanity |
| 38 | Vosery |
| 39 | Pevtufa |
| 40 | Fuchen |
| 41 | BinTu |
| 42 | SA-Toy |
| 43 | Hryg |
| 44 | Mosytuky |
| 45 | Caikeny |
| 46 | Jinrui-us |
| 47 | Haosheng-us |
| 48 | Sugar Life HDecor |
| 49 | KOCOART |
| 50 | ShoPen |
| 51 | LoiFa |
| 52 | DIGTIA |
| 53 | VKPSCHJ |
| 54 | LINMEIZHEN |
| 55 | VIGTRO |
| 56 | CUPADA |
| 57 | FunHomie |
| 58 | JHKKU |
| 59 | Sletend-V |
| 60 | Fstudio |
| 61 | HXHYQKP |

| | |
|---|---|
| 62 | Laprad |
| 63 | ZKING |
| 64 | Skycess |
| 65 | DUO ER |
| 66 | Huuvo |
| 67 | Hong ming he |
| 68 | MOYYO |
| 69 | Vomwwlix |
| 70 | Zoofoo |
| 71 | Goodlucky Store |
| 72 | CLS-GLOBAL |
| 73 | hlgff |
| 74 | jmcsy |
| 75 | USA Essentials Store |
| 76 | CBVCBCVB |
| 77 | changpenghuiwu |
| 78 | Denise Stroth |
| 79 | guangzhoukuairaoshangmaoyouxiangongsi |
| 80 | jubenlcai |
| 81 | GdrJahh |
| 82 | ROPAXZER |
| 83 | tobeyours |
| 84 | zhimidianzi |
| 85 | zhongji |
| 86 | ArtisanalAbode |
| 87 | Yespick |
| 88 | wenxinchenyu |
| 89 | zhengzhiqi2299 |
| 90 | Wuqin City District |
| 91 | Tamara Pol |
| 92 | County Grand |
| 93 | MJNKHJ |
| 94 | Harvey Senck |
| 95 | Even's shop |
| 96 | Shaoshulin |
| 97 | Zhengzhou Ningqi Network Technology Co., Ltd |
| 98 | kashin Japan |
| 99 | cqiuan |

| | |
|---|---|
| 100 | yulili2 |
| 101 | zhengzhoubanlingshangmaoyouxiangongsi |
| 102 | CaoLi47 |
| 103 | BooYeea |
| 104 | CORFOTO |
| 105 | ChengHA Direct |
| 106 | YCML E-commerce Co.,Ltd |
| 107 | MESRASEY |
| 108 | QwThum |
| 109 | AERMSSEY |
| 110 | mingbin's shop |
| 111 | DelSo Communication |
| 112 | JUAMA |
| 113 | dweobolufz |
| 114 | QueenKer |
| 115 | FortuneHouse8 |
| 116 | qiuxuhuyang |
| 117 | Heart Pain |
| 118 | YXXCM |
| 119 | wufenghuihongbaihuodian |
| 120 | ww198903086 |
| 121 | PIKOLINOS |
| 122 | Husandy |
| 123 | Decisiontree |
| 124 | zatosi |
| 125 | Carrycat |
| 126 | U-wear |
| 127 | ChengHaoKeJi |
| 128 | MoBlinko |
| 129 | Healbrighting |
| 130 | VunKo |
| 131 | famamediy |
| 132 | Fehuew |
| 133 | joyistore |
| 134 | WellLee |
| 135 | VitVerCosy |
| 136 | DCORPZ |
| 137 | Xiamenkunyuanshundianzishangwuyouxiangongsi |

| 138 | ElliTarr |
|---|---|
| 139 | CUTEBAGS-US |
| 140 | Aluy's boutique |
| 141 | SUNLAN |
| 142 | Rainnielove |
| 143 | Littleear |
| 144 | Joy World Store |
| 145 | Gromley |
| 146 | Yiwu Lixin Trading Co., Ltd. |
| 147 | Yiwu Ruifan Trading Co., Ltd. |
| 148 | Yiwu Taoshi Trading Co., Ltd. |
| 149 | JinruiMY |
| 150 | Leyu-US |
| 151 | OWNHE |
| 152 | OWNSERIES |
| 153 | OWNMEMORY |
| 154 | QA Fashion Shop |
| 155 | ThreadNest |
| 156 | GZVGZV |
| 157 | Creat Curtains |
| 158 | Cozy Haven Blankets |
| 159 | ZHZ Decoration Shop local |
| 160 | Fallalia |
| 161 | ZYFANGI |
| 162 | ModeMingle |
| 163 | AtelierVibe |
| 164 | CATO BORUI |
| 165 | TYUIOPLEE |
| 166 | Amoc Puler |
| 167 | flag king |
| 168 | Local Market |
| 169 | Garden Flag home |
| 170 | Bohon pillow cover |
| 171 | sdasddsf |
| 172 | Ranner Rover |
| 173 | Stained suncatcher |
| 174 | StylishDIY |
| 175 | Mu Nan Home Textiles |

| | |
|---|---|
| 176 | GiftMint |
| 177 | Zeyi Specialty |
| 178 | StyleCrafted Shop |
| 179 | Giftora |
| 180 | SurpriseHub |
| 181 | ThreadWish |
| 182 | Youth Vibe |
| 183 | ThreadAura |
| 184 | Chisaca Home Textiles |
| 185 | Office esports mouse pad |
| 186 | FZnaifour |
| 187 | Ninesocks |
| 188 | HomematC |