# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MARIA BELYAKOVA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-00301

Judge Robert W. Gettleman

Magistrate Judge Daniel P. McLaughlin

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | susiyo |
| 28 | RHAIYAN |
| 29 | CCZ Home |
| 63 | ZKING |
| 65 | DUO ER |
| 68 | MOYYO |
| 87 | Yespick |
| 95 | Even's shop |
| 103 | BooYeea |
| 106 | YCML E-commerce Co.,Ltd |
| 108 | QwThum |
| 112 | JUAMA |
| 118 | YXXCM |
| 119 | wufenghuihongbaihuodian |
| 122 | Husandy |
| 123 | Decisiontree |
| 124 | zatosi |
| 125 | Carrycat |
| 129 | Healbrighting |
| 130 | VunKo |
| 131 | famamediy |

| | |
|---|---|
| 132 | Fehuew |
| 133 | joyistore |
| 135 | VitVerCosy |
| 137 | Xiamenkunyuanshundianzishangwuyouxiangongsi |
| 138 | ElliTarr |
| 143 | Littleear |
| 154 | QA Fashion Shop |
| 168 | Local Market |
| 171 | sdasddsf |

DATED: February 19, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 19, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt

Case: 1:26-cv-00301 Document #: 31 Filed: 02/19/26 Page 3 of 3 PageID #:554