IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARIA BELYAKOVA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-00301

Judge Robert W. Gettleman

Magistrate Judge Daniel P. McLaughlin

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 20 | Wusikd |
| 21 | Oyisca |
| 22 | Chen heng feng |
| 23 | Plaaee |
| 25 | LanKen |
| 26 | Lancerry |
| 27 | DIYHOT |
| 32 | Yangsa Home Textile |
| 34 | QQMARKET |
| 37 | Armanity |
| 45 | Caikeny |
| 48 | Sugar Life HDecor |
| 49 | KOCOART |
| 50 | ShoPen |
| 51 | LoiFa |
| 52 | DIGTIA |
| 53 | VKPSCHJ |
| 54 | LINMEIZHEN |
| 55 | VIGTRO |
| 56 | CUPADA |
| 57 | FunHomie |

| | |
|---|---|
| 60 | Fstudio |
| 61 | HXHYQKP |
| 64 | Skycess |
| 67 | Hong ming he |
| 72 | CLS-GLOBAL |
| 73 | hlgff |
| 74 | jmcsy |
| 75 | USA Essentials Store |
| 104 | CORFOTO |
| 105 | ChengHA Direct |
| 110 | mingbin's shop |
| 128 | MoBlinko |
| 139 | CUTEBAGS-US |
| 142 | Rainnielove |

DATED: February 25, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 25, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt