**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARIA BELYAKOVA,

     Plaintiff,                                  Case No.: 1:26-cv-00301

v.                                           Judge Robert W. Gettleman

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Daniel P. McLaughlin
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 5 | RoJeck |
| 18 | WHBAG |
| 58 | JHKKU |
| 59 | Sletend-V |
| 62 | Laprad |
| 134 | WellLee |

DATED: March 3, 2026                             Respectfully submitted,

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt
                                            FL Bar No. 1036084/IL Bar No. 6207971
                                          Keith A. Vogt PLLC
                                          1820 NE 163rd Street, Suite #306
                                          North Miami Beach, Florida 33162
                                          Telephone: 312-971-6752
                                          E-mail: keith@vogtip.com

                                          ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 3, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt