# 证明书
CERTIFICATE
*ATTESTATION*
СВИДЕТЕЛЬСТВО

5996CNS20261013

**根据公约第六条，签署本证明书的机关荣幸地证明**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
Нижеподписавшийся орган имеет честь удостоверить, в соответствии со статьёй 6 Конвенции,

☑ **1. 文书已予送达***
that the document has been served *
que la demande a été exécutée*
что документ был вручен*

| | |
|---|---|
| **– 日期:** *the (date) / le (date) / дата :* | 28.Oct,2026 |
| **– 地点（城镇、街、号）：** *at (place, street, number) / à (localité, rue, numéro) / в (место, улица, номер) :* | Room 309, 3rd Floor, No. 99, Qiushi Road, Beiyuan Subdistrict, Yiwu City, Zhejiang Province, China |

**– 采用的第五条所规定的送达方法为:**
*in one of the following methods authorised by Article 5:*
*dans une des formes suivantes prévues à l'article 5 :*
*одним из следующих способов, допускаемых статьёй 5:*

| | |
|---|---|
| ☑ | **a) 依公约第五条第一款第（一）项的规定。*** *in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention** *selon les formes légales (article 5, alinéa premier, lettre a)** *в соответствии с положениями подпункта a) пункта 1 статьи 5 Конвенции** |
| ☐ | **b) 依下述特定方法*** *in accordance with the following particular method*:* *selon la forme particulière suivante** *в соответствии со следующим особым способом** |
| ☐ | **c) 交付给自愿接受的收件人。*** *by delivery to the addressee, if he accepts it voluntarily** *par remise simple** *путём вручения адресату, если он добровольно примет документ** |

**请求书中所列文书已交付给:**
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :
Указанные в запросе документы были переданы:

| | |
|---|---|
| **收件人身份和说明:** Identity and description of person: Identité et qualité de la personne : Личность и описание лица: | With a seal of the company |
| **与受送达人的关系（家庭、业务及其他）：** Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : Отношение к адресату (семейное, деловое или иное): | |

☐ **2. 由于下列事实文书未能送达：***
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*
что документ не был вручен по следующим причинам*:

| |
|---|
| |

☐ **按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.
В соответствии с пунктом 2 статьи 12 Конвенции заявителю предлагается оплатить или возместить расходы, указанные в прилагаемом расчёте*.

**附：**
Annexes / Annexes / Приложения

| | |
|---|---|
| **退还的文书:** Documents returned: *Pièces renvoyées :* Возвращаемые документы: | |
| **适当时，确认送达的文书：** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* В надлежащих случаях — документы, подтверждающие вручение: | |

***适当时**
*if appropriate / s'il y a lieu / если применимо / в надлежащих случаях*

| | |
|---|---|
| **制于（地点）**<br>*Done at / Fait à / Составлено в*<br>北京<br>Beijing<br>**日期**<br>*the / le / дата*<br>2026.11.02 | **签名和（或）盖章**<br>*Signature and/or stamp / Signature et / ou cachet / Подпись и/или печать*<br>中华人民共和国<br>司法部<br>民商事司法协助专用章 |

海牙会议 常设局 2013 年 4 月

# 义乌市人民法院

# 送达回证

| | | |
|---|---|---|
| 案　　号 | （2026）最高法协外送 2899 号<br>（2026）浙协外送 296 号 | |
| 案　　由 | 知识产权权属、侵权纠纷案 | |
| 受送达人 | Garden Flag home(platform-disclosed seller name: Yiwuxinmidianzishangwu Co., Ltd.)义乌新米电子商务有限公司 | |
| 送达地址 | Room 309, 3rd Floor, No. 99, Qiushi Road, Beiyuan Subdistrict, Yiwu,Jinhua,Zhejiang, 322000 义乌市北苑街道秋实路 99 号 3 楼 309 | |
| 送达文书名称和件数 | 材料名称 | 份数 |
| | 1、 SummaryOfDocuments; | 1 |
| | 2、 1-S-Summons in a Civil Action; | 1 |
| | 3、 1-T-Summons in a Civil Action; | 1 |
| | 4、 request; | 1 |
| | 5、 2-T-Complaint and Schedule A; | 1 |
| | 6、 2-S-Complaint and Schedule A; | 1 |
| | 7、 Transfer | 1 |
| | | |
| | | |
| | | |
| | | |

| | | | |
|---|---|---|---|
| 受送达人签名或盖章 | 2026年10月28日 | | |
| 送达方式 | 直接 | 执行送达人 | [illegible] |
| 不能送达的原因或受送达人拒收理由: | | | |